IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01658-WJM-MEH

R.E. MONKS CONSTRUCTION CO., LLC, an Arizona limited liability company, on behalf of Fisher Sand & Gravel Co., d/b/a Arizona Drilling & Blasting,

      Plaintiff,

v.

TELLURIDE REGIONAL AIRPORT AUTHORITY, a political subdivision of the State of Colorado,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 29, 2012**.

      The Stipulated Motion to Stay Proceedings and Extend Discovery Deadlines to Allow Parties to Mediate [filed May 22, 2012; docket #41] is **granted in part and denied in part**. The parties seek a 60-day extension of all discovery deadlines to allow them an opportunity to "mediate" the case. They claim that "anticipated discovery to be completed in the next two months will be exceptionally costly." However, there is no indication by the parties that a mediation is currently scheduled, and the parties do not explain why most of the discovery has not already taken place since the Scheduling Order was issued more than eight months ago on September 14, 2011. Nevertheless, in an effort to assist the parties in possibly resolving the matter short of trial, the Court will grant the motion for extension of discovery deadlines and modify the Scheduling Order as follows:

Initial expert disclosures:    August 24, 2012
Rebuttal expert disclosures:    September 24, 2012
Discovery cutoff:    October 24, 2012
Dispositive motion deadline:    November 26, 2012

The Court will grant no further extension of these deadlines absent a showing of exceptional cause.

      In addition, the Final Pretrial Conference scheduled in this case for September 18, 2012 at 9:30 a.m. is hereby **vacated** and **rescheduled** to **January 18, 2013,** at **9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the

ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

The parties are further advised that they shall not assume that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.

All other relief sought by the parties in the present motion is denied.