IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01658-WJM-MEH

R.E. MONKS CONSTRUCTION CO., LLC, an Arizona limited liability company, on behalf of Fisher Sand & Gravel Co., d/b/a Arizona Drilling & Blasting,

    Plaintiff,

v.

TELLURIDE REGIONAL AIRPORT AUTHORITY, a political subdivision of the State of Colorado,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 10, 2012**.

    The Stipulated Motion for Clarification of the Court's August 24, 2012 Order [filed September 6, 2012; docket #52] is **granted in part and denied in part** as follows. The parties seek clarification with respect to their request to "stay" the Plaintiff's responses to Defendant's motion to dismiss and discovery requests. As set forth in this Court's August 24, 2012 order, the Court stated, "All other relief sought by the parties in the present motion is denied." The Court finds that an indefinite "stay" is not proper under the circumstances (*see* D.C. Colo. LCivR 6.1D); however, to assist the parties in their pursuit of a pretrial resolution in this matter, the Court will extend the deadlines for Plaintiff's responses as follows:

| | |
|---|---|
| Response to Motion to Dismiss: | November 14, 2012 |
| Reply in support of Motion to Dismiss: | November 28, 2012 |
| P's responses to D's written discovery: | November 23, 2012 |

The Court will grant no further extension of these deadlines absent a showing of exceptional cause.