IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01658-WJM-MEH

R.E. MONKS CONSTRUCTION CO., LLC, an Arizona limited liability company, on behalf of Fisher Sand & Gravel Co., d/b/a Arizona Drilling & Blasting,

    Plaintiff,

v.

TELLURIDE REGIONAL AIRPORT AUTHORITY, a political subdivision of the State of Colorado,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 14, 2012**.

    The Stipulated Motion to Stay Deadlines in order to Allow Parties to Finalize Settlement [filed November 13, 2012; docket #55] is **granted in part and denied in part** as follows. Again, as set forth in this Court's September 10, 2012 order, the Court finds that an indefinite "stay" is not proper under the circumstances (*see* D.C. Colo. LCivR 6.1D); however, for exceptional cause shown and to assist the parties in their continued pursuit of a pretrial resolution in this matter, the Court will extend the requested deadlines as follows:

Response to Motion to Dismiss:              December 14, 2012
Plaintiff's responses to discovery requests:   December 21, 2012
Reply in support of Motion to Dismiss:        December 28, 2012

The Court will grant no further extension of these deadlines absent a showing of exceptional cause.